IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES ex rel. | ) | |
| | ) | |
| HEATHCOTE HOLDINGS CORP., INC., | ) | |
| An Illinois Corporation, Relator | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:09-CV-06722 |
| v. | ) | |
| | ) | JURY DEMANDED |
| WILLIAM K. WALTHERS, INC., a Wisconsin | ) | |
| Corporation d/b/a DARDA TOYS, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

Relator, HEATHCOTE HOLDINGS CORP., (hereinafter referred to as "HEATHCOTE"), and Defendant, WILLIAM K. WALTHERS, INC. d/b/a DARDA TOYS ("WALTHERS") submit the following Report:

1.      Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone on January 8, 2010, and attended by Matthew S. Miller, counsel for relator, and David Hanson, counsel for defendant.

2.      The parties jointly propose to the Court the following discovery plan:

        a.      Discovery will be needed on the following subjects: defendant's acquisition of the patents identified in the complaint, and of all patents applicable to Darda products; defendant's sales information for

Darda products; defendant's acquisition of the toy and hobby division of Life Like; defendant's cost, revenue and profit information relating to Darda products; defendant's patent marking practices and packaging concerning Darda products, and defendant's patent marking practices generally.   Plaintiff also intends to pursue discovery related to the calculation of the appropriate fine of up to $500 for each article that defendant falsely marked in violation of 35 U.S.C. § 292.

Additional comment from Walthers:   With respect to discovery related to the fine, if any, defendant does not agree with plaintiff's characterization.  Defendant states that discovery should be on the factors courts consider when assessing the amount, if any, of an appropriate "fine." Discovery also will be required as to whether defendant acted "for the purpose of deceiving the public."

b.   Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by February 1, 2010.  All discovery to be completed by February 1, 2011.

c.   Plaintiff expects that it will need 8 to 10 depositions. Defendant also states that it expects that it will need approximately 8 to 10 depositions.

d.   Reports from retained experts under Rule 26(a)(2) due:

i.   from plaintiff by October 1, 2010

ii.   from defendant by December 1, 2010.

e.   All potentially dispositive motions to be filed by December 31, 2010.

f.   Final pretrial order:  Plaintiff to prepare proposed draft by February 1, 2011; parties to file joint final pretrial order by March 1, 2011.

g.   The case should be ready for trial by March 1, 2011, and plaintiff believes at this time the trial is expected to take approximately 5 trial days; defendant believes the trial should take no more than 3 trial days.

3.   Settlement:  The parties have been engaged in settlement discussions since defense counsel first appeared in this case in late December, 2009.  On January 8, 2010,  defendant provided certain information that plaintiff requested in order to propose a settlement demand, and thereafter plaintiff submitted a confidential written demand on Monday, January 11, 2010.  Defendant will respond in writing by 5 p.m. Tuesday, January 12, 2010.

4.   Consent:  Parties do not consent unanimously to proceed before a Magistrate Judge.

5.   The parties may amend their pleadings without leave of Court or consent from the opposing party on or before February 15, 2011.

Dated this 12th day of January, 2010.

**SIGNATURES ON FOLLOWING PAGE**

HEATHCOTE HOLDINGS CORP., INC.

/s/ Matthew S. Miller
Matthew S. Miller
LAW OFFICES OF MATTHEW S. MILLER, LTD.
111 W. Washington, Suite 1100
Chicago, IL 60602
(312) 251-6066


/s/ Michael T. Layden
Richard J. Prendergast
Michael T. Layden
RICHARD J. PRENDERGAST, LTD.
111 W. Washington, Suite 1100
Chicago, IL 60602
(312) 641-0881

WILLIAM K. WALTHERS, INC. d/b/a DARDA TOYS

/s/David G. Hanson
David. G. Hanson
dhanson@reinhartlaw.com
Attorneys for Defendant
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097