IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES ex rel.

HEATHCOTE HOLDINGS CORP., INC.      Case No. 1:09-CV-06722

An Illinois Corporation, Relator,

               Plaintiffs,

             v.

WILLIAM K. WALTHERS, INC., a Wisconsin Corporation d/b/a DARDA TOYS,

               Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Antonio M. Trillo of Reinhart Boerner Van Deuren s.c. will appear on behalf of Defendant, William K. Walthers, Inc., in addition to Attorney David G. Hanson.  Please add Mr. Trillo as an attorney of record.  We request that a copy of all future notices and other papers in this action be served upon us at the address below.

REINHART\3139058

Dated this 28th day of January, 2010.

                              s/ Antonio M. Trillo
David G. Hanson
dhanson@reinhartlaw.com
Antonio M. Trillo
atrillo@reinhartlaw.com
Attorneys for Defendant
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097

REINHART\3139058     2