# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Heathcote Holdings Corp., Inc.

Plaintiff,

v.                                                              Case No.: 1:09−cv−06722

Honorable Elaine E. Bucklo

William K. Walthers, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 16, 2010:

MINUTE entry before Honorable Elaine E. Bucklo:Defendant's motion (20) for a stay pending resolution of two cases by the Federal Circuit is denied. Ruling set for 6/18/10 is now vacated. Status hearing set for 8/13/2010 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.