# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Heathcote Holdings Corp., Inc.

                              Plaintiff,

v.                                                 Case No.: 1:09−cv−06722

                                                      Honorable Elaine E. Bucklo

William K. Walthers, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 19, 2010:

      MINUTE entry before Honorable Elaine E. Bucklo:Status hearing held on 8/19/2010. By agreement, Plaintiff shall comply with FRCP(26)(a)(2) by 11/1/10 and defendant shall comply with FRCP(26)(a)(2) by 12/1/10. Status hearing set for 1/11/2011 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.