IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES ex rel.

HEATHCOTE HOLDINGS CORP., INC.   Case No. 1:09-CV-06722

An Illinois Corporation, Relator,

                 Plaintiffs,

     v.

WILLIAM K. WALTHERS, INC., a
Wisconsin Corporation d/b/a DARDA
TOYS,

                 Defendant.

**NOTICE OF WITHDRAWAL OF APPEARANCE
OF ATTORNEY ANTONIO TRILLO**

PLEASE TAKE NOTICE that Attorney Antonio Trillo of Reinhart Boerner Van Deuren s.c. hereby withdraws his appearance as counsel on behalf of William K. Walthers, d/b/a Darda Toys. David G. Hanson continues his appearance in this action and hereby requests that all copies of all pleadings and notices be served upon him at the address set forth below.

Respectfully submitted this 30th day of December, 2010.

s/ Antonio M. Trillo
David G. Hanson
dhanson@reinhartlaw.com
Antonio M. Trillo
atrillo@reinhartlaw.com
Attorneys for Defendant
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097

REINHART\5618789