**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES *ex rel*. | ) | |
| | ) | |
| HEATHCOTE HOLDINGS CORP, INC., | ) | |
| An Illinois Corporation, Relator, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 09 C 06722 |
| v. | ) | |
| | ) | JURY DEMANDED |
| WILLIAM K. WALTHERS, INC., a Wisconsin | ) | |
| Corporation d/b/a DARDA TOYS, | ) | |
| | ) | |
| *Defendant.* | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE *INSTANTER*
PLAINTIFF'S RESPONSE TO DEFENDANT'S LOCAL RULE
56.1 STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT AND STATEMENT OF ADDITIONAL FACTS IN
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES plaintiff, Heathcote Holdings Corp., Inc. ("Heathcote"), by and

through its counsel, and for its Motion seeking leave to file instanter the Plaintiff's

Response to Defendant's Local Rule 56.1 Statement of Undisputed Facts in Support of its

Motion for Summary Judgment and Statement of Additional Facts in Opposition to

Plaintiff's Motion for Summary Judgment, states as follows:

1.     On December 20, 2010, Plaintiff timely filed a Response Brief in

Opposition to Defendant's Motion for Summary Judgment (Document # 54) and a Reply

Brief in Support of its' own Motion for Summary Judgment (Document #55).

2.     At the time of the filing of Document Nos. 54 and 55, Plaintiff believed

that it had filed its "Response to Defendant's Local Rule 56.1 Statement of Undisputed

Facts in Support of its Motion for Summary Judgment and Statement of Additional Facts

in Opposition to Plaintiff's Motion for Summary Judgment," however, this Rule 56.1 Response was inadvertently not included in the filing.

3.      Plaintiff seeks leave of the Court to file *instanter*, its "Response to Defendant's Local Rule 56.1 Statement of Undisputed Facts in Support of its Motion for Summary Judgment and Statement of Additional Facts in Opposition to Plaintiff's Motion for Summary Judgment," a copy of which is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs respectfully request that this Court grant it leave to file *instanter* the aforementioned Response to Defendant's Local Rule 56.1 Statement of Undisputed Facts in Support of its Motion for Summary Judgment and Statement of Additional Facts in Opposition to Plaintiff's Motion for Summary Judgment.

Respectfully Submitted,
*HEATHCOTE HOLDINGS CORP., INC.*

By:  /s/ Allen A. Buchta

Michael T. Layden
John C. Ellis
Allen A. Buchta
RICHARD J. PRENDERGAST, LTD.
111 W. Washington, Suite 1100
Chicago, IL  60602
(312) 641-0881

Matthew S. Miller
LAW OFFICES OF MATTHEW S. MILLER, LTD.
111 W. Washington, Suite 1100
Chicago, IL 60602
(312) 251-6066