# United States District Court

## Northern District of Illinois

Eastern Division

Heathcote Holdings Corp.  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 09 C 6722

William K. Walthers, Inc.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that `defendant's motion for summary judgment is granted, and plaintiff's is denied.` The case is dismissed.

Michael W. Dobbins, Clerk of Court

Date: 3/11/2011  _____

/s/ Mathew P. John, Deputy Clerk